Case 4:24-cv-02221   Document 25   Filed on 02/27/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| James Michael Reeder, § § | |
| Plaintiff, § § | |
| V. § § | |
| Harris County, Texas; Sheriff Ed Gonzales, in his official capacity; Detention Officer C. Brown, in his individual capacity; Detention Officer, M. Jackson in his individual capacity; and Detention Officer B. Causey in his individual capacity; Detention Officer Does #1-3, in their individual capacities, Detention Officer Does #4-5, in their individual capacities, § § § § § § § § § § § § § | Civil Action No.4:24-cv-02221 |
| Defendants. § | |

## AGREED ORDER

Before the Court is Plaintiff's Opposed Motion for Leave to File First Amended Complaint. ECF No. 19. Under Rule 15 of the Federal Rules of Civil Procedure, the Court "should freely give leave [to amend] when justice so requires." FED. R. CIV. P. 15(a)(2). "A district court must possess a 'substantial reason' to deny a request for leave to amend." Smith v. EMC Corp., 393 F.3d 590, 595 (5th Cir. 2004) (quoting Lyn-Lea Travel Corp. v. Am Airlines, Inc., 283 F.3d 282, 286 (5th Cir. 2002)). The Court finds that Plaintiff's Motion was timely, was not made in bad faith or with a dilatory motive, and will not unduly prejudice Defendants, particularly since the Court has not denied Plaintiff's Unopposed Motion to Extend Time to File Consolidated Amended Complaint (ECF No. 18). Accordingly, Plaintiff's Opposed Motion for Leave to File First Amended Complaint is hereby **GRANTED**, and the clerk is directed to file Plaintiff's First Amended Complaint (ECF No. 19-1).

Because plaintiff has been granted leave to file his first amended complaint, the pending motion to dismiss filed by Defendants (EFC No. 9) is hereby **DENIED AS MOOT.**

**IT IS SO ORDERED**

**SIGNED** at Houston, Texas, on February 27, 2025.

Kenneth M. Hoyt
United States District Judge